|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **CENTRAL DISTRICT OF CALIFORNIA** | |

| | |
|---|---|
| KEVIN B. SMITH, JR., | ) NO. CV 09-8603-VAP (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| MELISSA LEA, | ) RECOMMENDATIONS OF UNITED |
| Respondent. | ) STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. The Court has conducted a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge set forth in the Report.

IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   May 27, 2011          .

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE