**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN B. SMITH, JR., | ) NO. CV 09-8603-VAP (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MELISSA LEA, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 27, 2011 .

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE